# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JASON C. WILLIAMS,<br><br>             Plaintiff,<br><br>       v.<br><br>TGI FRIDAY'S, INC.,<br><br>             Defendant. | No. 4:15-cv-01469-RLW |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jason C. Williams and Defendant TGI Friday's, by and through their counsel, hereby stipulate to dismiss this action with prejudice with respect to all claims alleged by Williams individually and without prejudice as to any claims alleged by the putative, uncertified class with each party bearing his/its own costs and fees.

       IT IS SO STIPULATED.

Dated:  May 17, 2016                                BUTSCH ROBERTS & ASSOCIATES LLC


                                               By: /s/ David T. Butsch
                                                   David T. Butsch #37539
                                                   Christopher E. Roberts #61895
                                                   231 South Bemiston Ave., Suite 260
                                                   Clayton, MO 63105
                                                   (314) 863-5700 (telephone)
                                                   (314) 863-5711 (fax)
                                                   butsch@butschroberts.com
                                                   roberts@butschroberts.com
                                                   Attorneys for Plaintiff Jason Williams


Dated: May 17, 2016                                 DRINKER BIDDLE & REATH LLP

                                               By: /s/ Michael W. McTigue, Jr.
                                                   Seamus C. Duffy
                                                   Michael W. McTigue Jr.
                                                   Michael P. Daly
                                                   Meredith C. Slawe
                                                   One Logan Square, Suite 2000
                                                   Philadelphia, PA 19103
                                                   (215) 988-2700 (telephone)
                                                   (215) 988-2757 (fax)
                                                   Attorneys for Defendant TGI Fridays, Inc.